UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEIL JACOBSEN,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER CURRAN, et al.,<br><br>Defendants. | CASE No. 1:16-cv-01050-MJS (PC)<br><br>**ORDER DENYING AS MOOT MOTION FOR ADDENDUM**<br><br>**(ECF No. 7)** |

Plaintiff is a county inmate proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. He has consented to Magistrate Judge jurisdiction. No other parties have appeared in the action.

On September 21, 2016, the Court screened Plaintiff's complaint and concluded that it stated a cognizable Fourteenth Amendment inadequate medical care claim against Defendant Curren and Does 1 through 8, but no other cognizable claims. Plaintiff was ordered to either file an amended complaint curing the noted deficiencies or notify the Court of his willingness to proceed only on the cognizable claim. (ECF No. 6.) On September 29, 2016, Plaintiff filed a "Motion for Addendum" seeking to add additional facts to his complaint. (ECF No. 7.)

It appears that the motion for addendum was submitted prior to Plaintiff receiving the Court's screening order. (See ECF No. 8.) Furthermore, Plaintiff has stated his intent

to file an amended complaint. (Id.) Accordingly, the motion for addendum (ECF No. 7) is HEREBY DENIED as moot.

Plaintiff is reminded that any amended pleading must be complete in itself without reference to any prior pleading. Local Rule 220. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).

IT IS SO ORDERED.

Dated:   October 31, 2016          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

2