UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEIL JACOBSEN,<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICER CURRAN, et al.,<br><br>  Defendants. | CASE No. 1:16-cv-01050-MJS (PC)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>**ORDER GRANTING REQUEST FOR COPIES**<br><br>**ORDER DENYING REQUEST FOR COURT ORDER**<br><br>**(ECF No. 8)**<br><br>**CLERK TO SEND PLAINTIFF COPIES OF ECF NOS. 1, 6, AND 7**<br><br>**THIRTY (30) DAY DEADLINE TO FILE AMENDED COMPLAINT** |

Plaintiff is a county inmate proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. He has consented to Magistrate Judge jurisdiction. No other parties have appeared in the action.

On September 21, 2016, the Court screened Plaintiff's complaint and concluded that it stated a cognizable Fourteenth Amendment inadequate medical care claim against Defendant Curren and Does 1 through 8, but no other cognizable claims. Plaintiff

1

was ordered to either file an amended complaint curing the noted deficiencies, or to notify the Court of his willingness to proceed only on the cognizable claim. (ECF No. 6.)

On October 18, 2016, Plaintiff filed a motion for an extension of time to file an amended complaint. (ECF No. 8.) Plaintiff states that, after he received the Court's screening order, he was released from jail and, shortly thereafter, re-arrested. His legal paperwork remained in his backpack and was not released to him. He asks the Court to provide him with copies of his complaint, the screening order, and his "Motion for Addendum." Alternatively, he asks the Court to order the Fresno Police Department to release his backpack to him.

Plaintiff's request for copies is HEREBY GRANTED. The Clerk's Office is directed to provide Plaintiff with copies of ECF Nos. 1, 6, and 7.

Plaintiff's request for an order requiring the Police Department to release his backpack is HEREBY DENIED. Plaintiff's case is in the screening stage and no Defendants have appeared. The Court does not have authority to order parties not before the Court to take action. Zepeda v. United States Immigration & Naturalization Servs., 753 F.2d 719, 727 (9th Cir. 1985) ("A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; it may not attempt to determine the rights of persons not before the court.").

Finally, Plaintiff has shown good cause for an extension of time and, accordingly, his motion for an extension of time is HEREBY GRANTED. Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   October 31, 2016            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE