UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEIL JACOBSEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICER CURRAN, et al.,<br><br>　　　　Defendants. | **CASE No. 1:16-cv-01050-MJS (PC)**<br><br>**ORDER FOR RESUBMISSION OF SERVICE DOCUMENTS**<br><br>**THIRTY (30) DAY DEADLINE** |

　　　　Plaintiff is a county inmate proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On December 12, 2016, the Court concluded that Plaintiff's First Amended Complaint stated cognizable Fourteenth Amendment claims for inadequate medical care against Defendants Curran, Dulces, and Does 1-11. Plaintiff was ordered to submit service documents to initiate service on Defendants Curran and Dulces.

　　　　On January 4, 2017, Plaintiff purported to submit his service documents. However, the documents submitted by Plaintiff do not comply with the Court's order. He did not complete the summons or USM-285 Forms, other than to include the case name and number. He did not provide copies of his first amended complaint, as instructed. The Court will provide Plaintiff another opportunity to cure these defects.

　　　　Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court shall re-send Plaintiff two (2) USM-285 forms, two (2) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed November 9, 2016;
2. Within thirty (30) days from the date of this order, Plaintiff shall **complete** and return to the Court the Notice of Submission of Documents along with the following documents:
   a. One completed summons for each Defendant listed above,
   b. One completed USM-285 form for each Defendant listed above,
   c. Three (3) copies of the endorsed first amended complaint filed November 9, 2016;
3. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court shall direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and
4. The failure to submit completed documents and the required copies of the complaint will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   January 17, 2017          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE