UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEIL JACOBSEN,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER CURRAN, et al.,<br><br>Defendants. | CASE NO. 1:16-cv-01050-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(ECF No. 15)**<br><br>**ORDER DIRECTING CLERK TO RE-SEND PLAINTIFF ECF NO. 15** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction. (ECF No. 5.) No other parties have appeared in the action.

On December 12, 2016, the Court ordered Plaintiff to submit service documents for Defendants Curran and Dulces within thirty days. (ECF No. 12.) Plaintiff did so, but the documents were incomplete. (ECF Nos. 13, 14.) On January 18, 2017, the Court ordered Plaintiff to re-submit completed service documents within thirty days. (ECF No. 14.) The thirty day deadline passed without Plaintiff re-submitting service documents or requesting an extension of time in which to do so. Accordingly, on February 28, 2017, the undersigned ordered Plaintiff to show cause why the action should not be dismissed for failure to obey a court order and failure to prosecute. (ECF No. 15.) The order to

show cause was returned as undeliverable on March 28, 2017. Plaintiff's service documents were submitted on May 31, 2017. (ECF No. 16.) On the same day, Plaintiff also filed a notice of change of address. (ECF No. 17.)

Based on the foregoing, it is HEREBY ORDERED that:

1. The order to show cause is HEREBY DISCHARGED; and
2. Because the order to show cause previously was not served on Plaintiff, the Clerk's Office is directed to serve a copy of the order to show cause (ECF No. 15) along with this Order.

IT IS SO ORDERED.

Dated: May 31, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE