UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEIL JACOBSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER CURRAN, et al.,<br><br>　　　　Defendants. | CASE No. 1:16-cv-01050-MJS (PC)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART REQUESTS FOR COPIES**<br><br>**(ECF NOS. 32, 33)**<br><br>**CLERK TO SEND PLAINTIFF COPIES OF ECF NO. 26** |

Plaintiff is a former county detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's first amended complaint for Fourteenth Amendment violations by Defendants Curran and Dulces and First Amendment violations by Defendant Doe 7.

Plaintiff requests copies of the following documents: (1) his first amended complaint; (2) Defendant Curran's answer; (3) Defendant Dulces's answer, and (4) the Court's discovery and scheduling order.

Plaintiff was advised at the outset of this litigation that the Court will not make copies of filed documents or provide postage or envelopes for free even for parties proceeding in forma pauperis. Accordingly, Plaintiff's request for a copy of the amended

1

complaint will be denied. Additionally, it appears that the request is moot. At the time Plaintiff filed his request, he was in custody at the Fresno County Jail and averred that his copy of the complaint was in storage. It appears from his address of record that Plaintiff since has been released. In any event, the only apparent reason for Plaintiff's request is that he wishes to clarify the claims at issue in this action. As stated, the action proceeds on Plaintiff's first amended complaint for Fourteenth Amendment violations by Defendants Curran and Dulces, and First Amendment violations by Defendant Doe 7. To the extent Plaintiff intends to inquire after his separately filed action, <u>Jacobsen v. Maldinado</u>, he is advised that the case number for that action is 1:17-cv-00101-BAM.

For the same reasons, the Court will not provide Plaintiff with copies of Defendants' answers, which were properly served on Plaintiff at his address of record. Nonetheless, by way of this order, the Court will request that Defendants provide Plaintiff with an additional copy of their respective answers as a courtesy.

Finally, the Court will grant Plaintiff's request for a copy of the discovery and scheduling order in order to facilitate Plaintiff's compliance with court deadlines.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motions for copies (ECF Nos. 32, 33) are granted in part and denied in part;
2. The Clerk of Court is directed to send Plaintiff a copy of ECF No. 26; and
3. The Court requests that Defendants send Plaintiff an additional copy of their answers, as a courtesy.

IT IS SO ORDERED.

Dated: November 6, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE