UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEIL JACOBSEN,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER CURRAN, et al.,<br><br>Defendants. | CASE NO. 1:16-cv-01050-AWI-MJS (PC)<br><br>**ORDER DIRECTING CLERK'S OFFICE TO OPEN A NEW CASE**<br><br>**ORDER STRIKING PLAINTIFF'S LODGED FIRST AMENDED COMPLAINT AND MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF Nos. 53, 54) |

Plaintiff is a county inmate proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's first amended complaint against Defendants Curran and Gonzalez for inadequate medical care in violation of the Eighth Amendment of the United States Constitution. (ECF No. 11.)

Before the Court are documents filed in this action and docketed as Plaintiff's amended complaint and motion to proceed in forma pauperis. (ECF Nos. 53, 54.) However, the proposed amended complaint bears no relation to the instant action which has proceeded beyond the pleadings and is in discovery. It appears Plaintiff intended to initiate a new action, but these documents were erroneously filed here.

Accordingly, these filings are HEREBY STRICKEN from the record in this case. The Clerk of Court is directed to file these documents as and in a new case.

IT IS SO ORDERED.

Dated: February 6, 2018 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE