UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEIL JACOBSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER CURRAN, *et al.*,<br><br>    Defendants. | Case No. 1:16-cv-01050-LJO-JDP<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO POSTPONE ALL PROCEEDINGS<br><br>ORDER GRANTING DEFENDANT'S MOTION TO VACATE OR CONTINUE DISPOSITIVE MOTIONS DEADLINE<br><br>(Doc. Nos. 62, 77) |

    Plaintiff Michael Neil Jacobsen is proceeding pro se in this civil rights action under 42 U.S.C. § 1983. The district judge recently entered an order resolving defendants' motions for summary judgment for failure to exhaust administrative remedies. (Doc. No. 82.) This case will proceed on plaintiff's first amended complaint against Defendant Ducles Gonzalez for inadequate medical care in violation of the Fourteenth Amendment.[1] (Doc. No. 68, at 4.)

    Plaintiff has asked the court to "postpone all proceedings and rulings" due to his March 11, 2018, release from confinement. (Doc. No. 62.) He states that he is seeking the services of an attorney, and that he should be able to obtain representation within four weeks of his release.

---

[1] Defendants Dr. Burnett, Timothy Ganiron, Genevieve Garcia, and Minerva Mangulabnan have been added as defendants to this case but have not yet been served with process. (Doc. Nos. 68, 73.)

1

Defendant Ducles Gonzalez filed a motion asking that the court vacate the June 18, 2018 dispositive motions deadline while her motion for summary judgment concerning exhaustion is pending. (Doc. No. 77.) In support of her request, defendant states that additional defendants have been added to the case and argues that it would be more efficient for all defendants to file dispositive motions simultaneously.

To the extent that plaintiff has requested a stay of this case, the court does not find good cause to grant the request. However, the court finds good cause to reset the discovery cut-off and the dispositive motions deadline.

Accordingly,

1. Plaintiff's motion to postpone all proceedings (Doc. No. 62) is granted in part and denied in part;
2. defendant's request to vacate or continue the dispositive motion filing deadline (Doc. No. 77) is granted;
3. the deadline for the completion of all discovery, including filing of all motions to compel discovery, is continued to October 1, 2018; and
4. the dispositive motions deadline is continued to December 3, 2018.

IT IS SO ORDERED.

Dated: June 6, 2018 /s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE