UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACOBSEN,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER MALDINADO, *et al.*,<br><br>    Defendants. | Case No. 1:16-cv-01050-LJO-JDP<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>TWENTY-ONE-DAY DEADLINE |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On October 26, 2018, defendant Gonzalez moved for summary judgment. ECF No. 90. Plaintiff had twenty-one (21) days to oppose defendant's motion under Local Rule 230(l), but he failed to do so. *See* ECF No. 91.

Local Rule 230(l) provides that the failure to oppose a motion "may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." As a sanction, the court may treat the facts asserted by defendant as "undisputed for purposes of the motion." Fed. R. Civ. P. 56(e)(2). The court may also dismiss the case for plaintiff's failure to prosecute or failure to comply with a court order.

The court will allow plaintiff one more opportunity to oppose the motion for summary judgment. Plaintiff must file a response to defendant's motion for summary judgment within twenty-one (21) days of this order and explain the reason for his delay. If plaintiff fails to do so, the court will deem defendant's motion unopposed, which could result in granting the

1

motion on the merits. *See* Fed. R. Civ. P. 56(e)(3). Failure to comply with this order may also result in dismissal of this action.

IT IS SO ORDERED.

Dated:   December 12, 2018   

UNITED STATES MAGISTRATE JUDGE

2